# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>- v -<br>Aaron Egelman | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.**<br>Case No(s).: **22-cr-0375-JS-SIL**<br>Date: **8/6/2024**<br>Start Time: **3:35 PM**   Total Time: **50 mins.** |

### MINUTE ENTRY FOR A CRIMINAL PROCEEDING

### SEALED PROCEEDING: ☐ Yes ☑ No

## I. APPEARANCES:

Defendant (# **1**): **Aaron Egelman**     Counsel: **Michael Langer and Donald Rollock**
☑ Present ☐ Not Present ☐ In Custody ☑ On Bond ☐ Surrendered     ☑ Retained ☐ Federal Defender ☐ CJA ☐ ____

Defendant (# ____): _____     Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered     ☐ Retained ☐ Federal Defender ☐ CJA ☐ ____

Defendant (# ____): _____     Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered     ☐ Retained ☐ Federal Defender ☐ CJA ☐ ____

Defendant (# ____): _____     Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered     ☐ Retained ☐ Federal Defender ☐ CJA ☐ ____

Defendant (# ____): _____     Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered     ☐ Retained ☐ Federal Defender ☐ CJA ☐ ____

Defendant (# ____): _____     Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered     ☐ Retained ☐ Federal Defender ☐ CJA ☐ ____

Defendant (# ____): _____     Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered     ☐ Retained ☐ Federal Defender ☐ CJA ☐ ____

Defendant (# ____): _____     Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered     ☐ Retained ☐ Federal Defender ☐ CJA ☐ ____

Government: **Megan Farrell**     Interpreter(s): _____
                                  Language: _____
Pretrial Services: _____     Court Reporter(s): **Marie Foley**
Probation Dept.: **Frank Nikolaidis**
Other Appearances: _____     FTR Time(s): _____
                                  Courtroom Deputy: **Eric L. Russo**

## II. PROCEEDINGS HELD:

☑ In-Person          ☐ Arraignment (*see pg. 2*)        ☐ Fatico Hearing (*see pg. 3*)        ☐ Motion Hearing (*see pg. 3*)
☐ By Telephone       ☐ Bond Hearing (*see pg. 5*)       ☐ Initial Appearance (*see pg. 2*)    ☐ Plea Hearing (*see pg. 4*)
☐ By Video           ☐ Curcio Hearing (*see pg. 2*)     ☐ Jury Deliberations (*see pg. 3*)    ☑ Sentencing/Re-Sentencing (*see pg. 4*)
                     ☐ Detention Hearing (*see pg. 5*)  ☐ Jury Selection (*see pg. 3*)        ☐ Status/Pre-Trial Conference (*see pg. 2*)
                     ☐ Evidentiary Hearing (*see pg. 3*) ☐ Jury Trial (*see pg. 3*)

☐ Other Proceeding: _____

## III. SUMMARY OF THE PROCEEDINGS:

☐ Arraignment held as to the charge(s) outlined in the _____.
    ☐ This was an initial appearance before this Court by Defendant _____.
    ☐ Defendant _____ waived Indictment.
        ☐ Waiver of Indictment executed by Defendant _____.
    ☐ Defendant _____ waived the public reading of the charging instrument.
    ☐ Defendant _____ was advised of, and acknowledged, the charges outlined in the charging instrument.
    ☐ The Government was advised of, and acknowledged, its obligation under <u>F.R.Cr.P. Rule 5(f)</u> and the <u>Due Process Protections Act</u>.
        ☐ A written order will be entered fully describing this obligation and the possible consequences of failing to meet it.
    ☐ Defendant _____ entered a plea of <u>NOT GUILTY</u> as to all counts of the charging instrument.
    ☐ Defendant _____ consented to the exclusion of Speedy Trial time from _____ to _____ pursuant to <u>Title 18, United States Code, Section 3161</u>_____.
    ☐ Defendant _____ did not consent to the exclusion of Speedy Trial time.
        ☐ The Court ordered the exclusion of Speedy Trial time from _____ to _____ pursuant to <u>Title 18, United States Code, Section 3161</u>_____.
    ☐ The Court deemed this case <u>COMPLEX</u> and Speedy Trial time was excluded pursuant to <u>Title 18, United States Code, Section 3161(h)(7)(B)(ii)</u>.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Curcio Hearing held as to Defendant _____.
    ☐ Attorney _____ (☐ Federal Defender; ☐ CJA) was appointed to represent the defendant for purposes of this hearing.
    ☐ The parties presented their oral arguments to the Court.
    ☐ The defendant was informed of the potential dangers arising from any conflicts of interest with current defense counsel.
    ☐ The defendant <u>acknowledged and waived</u> any potential conflicts of interest and wishes to proceed with current defense counsel.
    ☐ The defendant requested that current counsel be relieved and:
        ☐ that the defendant will <u>retain new counsel</u>.
            ☐ The defendant must retain new counsel by _____; or within _____ of this hearing.
        ☐ that the Court <u>appoint new counsel</u>.
            ☐ The defendant completed and filed the CJA 23 Financial Affidavit for the Court's review.
    ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was <u>RESERVED</u>.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Status Conference/Pre-Trial Conference held as to _____.
    ☐ This was an initial appearance before this Court by Defendant _____.
    ☐ The parties advised the Court of the status of the case.
    ☐ Defendant _____ consented to the exclusion of Speedy Trial time from _____ to _____ pursuant to <u>Title 18, United States Code, Section 3161</u>_____.
    ☐ Defendant _____ did not consent to the exclusion of Speedy Trial time.
        ☐ The Court ordered the exclusion of Speedy Trial time from _____ to _____ pursuant to <u>Title 18, United States Code, Section 3161</u>_____.
    ☐ The Court deemed this case <u>COMPLEX</u> and Speedy Trial time was excluded pursuant to <u>Title 18, United States Code, Section 3161(h)(7)(B)(ii)</u>.
    ☐ The Court deemed this case <u>TRIAL READY</u>.
        ☐ The Court set the following pre-trial submission schedule:
            ☐ All <u>3500 material</u> and <u>404(b) evidence</u>:            due by: _____.
            ☐ <u>Motion(s)</u> in Limine and all supporting papers:     due by: _____.
            ☐ <u>Opposition(s)</u> to Motions in Limine and all supporting papers:  due by: _____.
            ☐ <u>Reply(ies)</u> to Motions in Limine and all supporting papers:  due by: _____.
            ☐ Proposed <u>Voir Dire questions</u> and <u>case summary</u>:      due by: _____.
            ☐ Proposed <u>exhibit and witness list</u>:                  due by: _____.
            ☐ Proposed <u>Jury Charge</u> and <u>Verdict Sheet</u>:           due by: _____.
            ☐ The Court <u>WILL NOT</u> grant any extensions of the deadlines set forth above.
            ☐ The parties are directed to submit <u>courtesy copies</u> of their submissions in accordance with the Court's Individual Rules. <u>See</u> Rule IV.
        ☐ The parties were directed to file a proposed pre-trial submission schedule on or before _____.
        ☐ The Court will enter a separate order outlining the pre-trial submission schedule.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Evidentiary Hearing/Motion Hearing/Fatico Hearing held.
 ☐ Hearing held regarding _____.
 ☐ The parties presented their oral arguments to the Court.
 ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
 ☐ Exhibits were entered into evidence.
 ☐ The following briefing schedule was set:
  ☐ _____ shall serve the <u>motion</u> and all supporting papers: due by: _____.
  ☐ _____ shall serve the <u>opposition to the motion</u> and all supporting papers: due by: _____.
  ☐ _____ shall serve the <u>cross-motion</u> and all supporting papers: due by: _____.
  ☐ _____ shall serve the <u>reply</u> and all supporting papers: due by: _____.
  ☐ _____ shall serve the <u>opposition to the cross motion</u> and all supporting papers: due by: _____.
  ☐ _____ shall serve the <u>reply to the cross motion</u> and all supporting papers: due by: _____.
  ☐ The Court <u>WILL NOT</u> grant any extensions of the deadlines set forth above.
  ☐ The parties are directed to submit <u>courtesy copies</u> of their motion papers in accordance with the Court's Individual Rules. <u>See</u> Rule IV.
 ☐ The parties were directed to file a proposed briefing schedule on or before _____.
 ☐ The Court will enter a separate order outlining the briefing schedule.
 ☐ The Court made the following ruling(s):
  ☐ <u>GRANTED</u> as to: _____.
  ☐ <u>DENIED</u> as to: _____.
  ☐ <u>GRANTED, in part</u>, as to: _____.
  ☐ Decision <u>RESERVED</u> as to: _____.
 ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order.
 ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Selection (*Voir Dire*) held.
 ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
 ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
 ☐ A jury of ____, with ____ alternates, were selected and are satisfactory to all parties.
  ☐ The Court ordered the jury to be: ☐ anonymous; ☐ sequestered; ☐ semi-sequestered.
 ☐ The selected jurors were sworn as trial jurors.
 ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Trial held.
 ☐ A jury of ____, with ____ alternates, were previously selected by _____ and are satisfactory to all parties.
 ☐ The selected jurors were sworn as trial jurors.
 ☐ The jurors were given preliminary instructions by the Court.
 ☐ Opening statements were heard from the: ☐ Government; ☐ Defense Counsel.
 ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
 ☐ Exhibit(s) were entered into evidence.
 ☐ The Government rested its case.
 ☐ The defense rested its case.
 ☐ A Charge Conference was held with the Court and counsel.
 ☐ Summations were heard from the: ☐ Government; ☐ Defense Counsel; ☐ Government (*Rebuttal*).
 ☐ The Court charged the jury.
 ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Deliberations held.
 ☐ The U.S. Marshal/Court Security Officer was sworn to monitor the jurors during deliberations.
 ☐ Jury Notes were received and marked as Court Exhibits.
 ☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
 ☐ The jury rendered the following verdict:
  ☐ _____ on Count(s): _____ as to Defendant _____.
  ☐ _____ on Count(s): _____ as to Defendant _____.
  ☐ _____ on Count(s): _____ as to Defendant _____.
  ☐ _____ on Count(s): _____ as to Defendant _____.
 ☐ The jurors were polled as to their verdict.
 ☐ The Verdict Sheet was received and marked as a Court Exhibit.

*Jury Deliberations continued on next page.*

*Jury Deliberations continued from previous page.*
- ☐ The Court charged the jury on the forfeiture allegation count(s) and instructed them to continue their deliberations.
    - ☐ Jury Notes were received and marked as Court Exhibits.
    - ☐ The jury rendered their verdict regarding the forfeiture allegation count(s).
    - ☐ The jurors were polled as to their verdict.
    - ☐ The Special Verdict Sheet was received and marked as a Court Exhibit.
- ☐ The jurors, including alternates, were excused with the thanks of the Court.
- ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Plea Hearing held as to count(s) _____ of the _____-count _____.
- ☐ The defendant was advised of, and acknowledged, the constitutional rights that will be waived when entering a plea of guilty.
- ☐ The defendant withdrew previously entered not guilty plea and entered a plea of <u>GUILTY</u> to the above referenced count(s).
- ☐ Court found that the there is a factual basis for the guilty plea and <u>ACCEPTED</u> the defendant's plea of guilty.
- ☐ An Order of Forfeiture was executed.
- ☐ The Court ordered the U.S. Probation Department to prepare and submit an <u>EXPEDITED</u> Presentence Investigation Report.
- ☐ The parties consented to hold the preparation of the Presentence Investigation Report in <u>ABEYANCE</u>.
- ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
- ☐ The parties <u>WAIVED</u> the preparation of the Presentence Investigation Report.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☑ Sentencing/Re-Sentencing held as to count(s) ____2____ of the _____two-count <u>Indictment filed 8/17/2022</u>_____.
- ☑ The parties advised the Court that there are no objections or corrections to the Presentence Investigation Report.
- ☐ Objections/Corrections to the Presentence Investigation Report were outlined on the record by: ☐ the Government; ☐ Defense Counsel.
- ☑ The Court adopted the Presentence Investigation Report without change.
- ☐ Changes to the Presentence Investigation Report were outlined on the record by the Court.
- ☑ Oral presentations to the Court were made by: ☑ Defense Counsel; ☐ the defendant; ☑ the Government; ☐ the victim(s); ☐ _____.
- ☑ The defendant was sentenced to <u>IMPRISONMENT</u> for a total term of **THIRTY-SIX (36) MONTHS**_____.
    - ☑ Upon release, the defendant shall be on <u>SUPERVISED RELEASE</u> for a total term of **FIVE (5) YEARS**_____.
        - ☑ The defendant shall comply with the mandatory and standard conditions of supervision.
            - ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
        - ☑ The defendant shall comply with the special conditions of supervision ordered by the Court.
    - ☐ The Court did not impose a term of Supervised Release.
- ☐ The defendant was sentenced to <u>PROBATION</u> for a total term of _____.
    - ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
        - ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
    - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
- ☑ The defendant must pay the following criminal monetary penalties:
    - ☐ <u>RESTITUTION</u> in the amount of:                $_____; (☐ An Order of Restitution was executed.)
    - ☐ A <u>FINE</u> in the amount of:                       $_____.
    - ☑ A <u>SPECIAL ASSESSMENT</u> fine in the amount of: $ **100.00**_____.
    - ☑ An <u>AVAA ASSESSMENT</u> fine in the amount of:  $ **17,000.00**_____.
    - ☑ A <u>JVTA ASSESSMENT</u> fine in the amount of:   $ **5,000.00**_____.
- ☐ The <u>interest requirement</u> on any of the criminal monetary penalties:
    - ☐ was ordered on the amounts of more than $2,500.00.
    - ☐ was modified by the Court.
    - ☐ was waived/not ordered/not applicable.
- ☐ Restitution: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
- ☑ A fine and/or other assessment: ☑ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
- ☑ The determination of Restitution and/or a fine was deferred pending further proceedings or by further motion to the Court.
- ☐ All other conditions shall remain in effect as previously ordered and outlined in the judgment dated _____.
- ☐ The Order of Forfeiture dated _____ was adopted as the Final Order of Forfeiture and will be included as part of the judgment.
- ☐ A Final Order of Forfeiture was executed and will be included as part of the judgment.
- ☑ The defendant's <u>right to appeal</u> the Court's sentence:
    - ☑ was <u>waived</u> (*pursuant to the Plea/Cooperation Agreement, or as stated on the record*).
    - ☐ was <u>preserved</u>. The defendant has the right to file an appeal within **fourteen (14) days** of the date that the judgment is **entered, not filed**.
- ☑ All open counts in the charging instrument(s) were dismissed on the motion of the United States.
- ☑ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

☐ Bond Hearing/Detention Hearing held.
    ☐ Defendant _____ did not present a bond application to the Court.
        ☐ An Order of Detention was executed as to Defendant _____.
        ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
    ☐ The bond application/modification was GRANTED as to Defendant _____.
        ☐ An Order Setting Conditions of Release and Bond was executed as to Defendant _____.
        ☐ The conditions of release were modified as to Defendant _____, as stated on the record.
        ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    ☐ The bond application/modification was DENIED as to Defendant _____.
        ☐ An Order of Detention was executed as to Defendant _____.
    ☐ The Government moved for immediate detention of Defendant _____.
        ☐ The motion was: ☐ GRANTED; ☐ DENIED; ☐ GRANTED, in part.
        ☐ An Arrest Warrant was executed as to Defendant _____.
        ☐ An Order of Detention was executed as to Defendant _____.
        ☐ The conditions of release were modified as to Defendant _____, as stated on the record.
        ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    ☐ The decision regarding the bond or detention application was RESERVED.
        ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
        ☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

**For a defendant currently IN-CUSTODY:**

    ☐ Defendant _____ remain(s) in custody.

    ☐ The following orders were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
        ☐ A Medical Evaluation Order as to Defendant _____.
        ☐ A Competency Order as to Defendant _____.
        ☐ A Force Order as to Defendant _____.

    ☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to sentencing/re-sentencing*), shall be RELEASED, FORTHWITH.
        ☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.
        ☐ The defendant will be under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.
        ☐ The defendant will not serve a term of Supervised Release.

**For a defendant currently AT LIBERTY:**

    ☐ Defendant _____ remain(s) on bond.

    ☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall be IMMEDIATELY REMANDED to the custody of the U.S. Marshals Service and/or the Federal Bureau of Prisons.

    ☑ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall surrender for the service of the sentence before **2:00 PM on 10/15/2024** at the institution designated by the Federal Bureau of Prisons. The defendant will REMAIN AT LIBERTY and under supervision of the Pretrial Services Department until the ordered surrender date.
        ☑ The U.S. Marshals Voluntary Surrender form was executed.
        ☐ Any motion to extend the surrender date must be made at least a **thirty (30) days** prior to the ordered surrender date.
        ☐ The defendant was advised that there will be no extensions of the surrender date.

    ☐ The defendant, being sentenced to a TERM OF PROBATION, will REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Probation.

    ☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released*), shall REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.

    ☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released as well as time under supervision*), shall be released from all conditions of supervision, forthwith.

## V. FURTHER PROCEEDINGS SET:

☑ No further proceedings have been set at this time.

☐ Bond Hearing:            For Defendant _____ set for _____ at _____ before _____;_____.

☐ Curcio Hearing:          For Defendant _____ set for _____ at _____ before _____;_____.

☐ Detention Hearing:       For Defendant _____ set for _____ at _____ before _____;_____.

☐ Evidentiary Hearing:     For Defendant _____ set for _____ at _____ before _____;_____.

☐ Fatico Hearing:          For Defendant _____ set for _____ at _____ before _____;_____.

☐ Jury Selection:          For Defendant _____ set for _____ at _____ before _____;_____.

☐ Jury Trial:              For Defendant _____ set for _____ at _____ before _____;_____.

☐ Motion Hearing:          For Defendant _____ set for _____ at _____ before _____;_____.

☐ Plea Hearing:            For Defendant _____ set for _____ at _____ before _____;_____.

☐ Pre-Trial Conference:    For Defendant _____ set for _____ at _____ before _____;_____.

☐ Status Conference:       For Defendant _____ set for _____ at _____ before _____;_____.

☐ Sentencing/Re-Sentencing: For Defendant _____ set for _____ at _____ before _____;_____.

Filing of Sentencing Memoranda in accordance with the Court's Individual Rules (see Rule VII(D)(2)):
☐ The Government's sentencing memoranda:  due by: _____.
☐ The defendant's sentencing memoranda:   due by: _____.
☐ The parties are directed to submit courtesy copies of their submissions in accordance with the Court's Individual Rules (see Rule IV). If a party chooses to proceed without filing a sentencing memorandum, a letter to the Court advising as such must be filed by the due date set forth above, in lieu of their memorandum.

   **PARTIES ARE ON NOTICE**: 1) Once sentencing memoranda are filed, further sentencing submissions **will not be accepted** without prior, written, Court approval; and 2) If the Court does not receive any sentencing related filings by the due date set forth above, it may, sua sponte, adjourn sentencing to a date and time of its convenience.

☐ All sentencing memorandums have been filed. Further sentencing submissions **will not be accepted** without prior, written, Court approval.
☐ The Government waived the filing of a sentencing memorandum and/or reserved the right to make an oral presentation at sentencing.
☐ Defense counsel waived the filing of a sentencing memorandum and/or reserved the right to make an oral presentation at sentencing.

☐ The Court ordered the proceeding(s) above to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.

☐ The Court ordered the proceeding(s) above to be held by video, via **ZoomGov**. The parties on the case will be sent a separate notice by the Courtroom Deputy with instructions on how to log into the video meeting as the scheduled date approaches.

☐ *Further instructions regarding the proceeding(s) set*:

```
┌─────────────────────────────────────────────────────────────────────────────┐
│                                                                             │
│                                                                             │
│                                                                             │
│                                                                             │
│                                                                             │
│                                                                             │
└─────────────────────────────────────────────────────────────────────────────┘
```

## VI. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ The record of this proceeding was deemed **SEALED**. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party must file a written request to the Court for permission to receive a copy of the transcripts.

☑ The Court made the following rulings:

- The Court recommends to the Bureau of Prisons that the defendant be housed in FCI Elkton for the service of his sentence.

## VII. ADDITIONAL RULINGS:

☐ The Court makes the following additional rulings (*not addressed during the proceedings*):